United States District Court
Southern District of Texas
**ENTERED**
July 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH JEOVANY FLORES BANEGAS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-04732 |
| | § | |
| MARTIN FRINK, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner Joseph Jeovany Flores Banega's ("Petitioner") Petition for Writ of Habeas Corpus (the "Amended Petition"). Doc. #1. On July 22, 2026, Respondents informed the Court that they removed Petitioner from the United States on June 24, 2026, before the Court entered its July 2nd Order to Answer. Doc. #10. Where, as here, a habeas petition challenges only a petitioner's detention, and not the underlying removal proceedings or their collateral consequences, the action becomes moot once the petitioner is released from custody. *See Mena v. Barr*, No. 1:20-CV-151, 2020 WL 8093649, at *2 (S.D. Tex. Dec. 14, 2020), *report and recommendation adopted*, 2021 WL 124330 (S.D. Tex. Jan. 13, 2021) ("This District has regularly recognized that a petitioner's claim for habeas relief becomes moot upon his release from ICE custody (by removal or under supervision)"). Because Petitioner has now been released, the Court can no longer grant effective relief. Accordingly, Petitioner's habeas petition is DISMISSED AS MOOT. This is a final judgment. The Clerk is DIRECTED to close this case.

It is so ORDERED.

JUL 22 2026
Date

The Honorable Alfred H. Bennett
United States District Judge